Manohar Raju, Public Defender
Matt Gonzalez, Chief Attorney

GENNA ELLIS BEIER (SBN #300505)
HAYLEY ELIZABETH UPSHAW (SBN #257935)
San Francisco Public Defender's Office
555 7th Street
San Francisco, California 94103
Telephone: (415) 734-3002
genna.beier@sfgov.org
hayley.upshaw@sfgov.org

*Pro Bono Attorneys for Petitioner*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nectali ROMERO ROMERO<br><br>    Petitioner,<br><br>    v.<br><br>Moises BECERRA, et. al.,<br><br>    Respondents. | **VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. 41(A)(1)(i) AND [PROPOSED] ORDER**<br><br>Case No. 3:24-cv-04262-TSH |

Pursuant to Federal Rule of Civil Procedure 41, Mr. Romero voluntarily dismisses the instant petition following the Ninth Circuit's decision in *Doe v. Garland*, No. 24-15361, --- F.4th ---, 2024 WL 3561360 (9th Cir. July 31, 2024), in which the Court held that the Eastern District is the proper district in which to file a habeas petition for a noncitizen challenging his detention by ICE at Golden State Annex.

Dated: August 13, 2024        Respectfully submitted,

          *s/ Genna Beier*
          Genna Beier

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 41, the instant habeas petition is dismissed. SO ORDERED.

Date: August 13, 2024

_____
Hon. Thomas S. Hixson
United States Magistrate Judge